# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>  vs.<br><br>QUINTAN J. KIMBROUGH,<br><br>               Defendant. | 8:10CR187<br><br>ORDER |

On October 6, 2015, the defendant appeared through counsel on the Petition for Warrant or Summons for Offender Under Supervision (Filing No. 55). Defendant was present and represented by Michael F. Maloney, Assistant Public Defender. Plaintiff was represented by Susan T. Lehr, Assistant United States Attorney.

The defendant admitted Allegation No. 1 contained within the Petition, and the Court found the defendant to be in violation of conditions of his supervised release. The Court then proceeded to disposition.

IT IS ORDERED:

1) Defendant's supervised release is hereby revoked, and the defendant is sentenced to twenty-four (24) months incarceration, with credit for time served from March 25, 2015.

2) Upon completion of his incarceration, there is no supervised release to follow and the defendant's obligations on this matter will be deemed completed.

3) Allegation Nos. 2 and 3 are dismissed on motion of the government.

DATED this 6th day of October, 2015.

BY THE COURT:

/s/ Lyle E. Strom

LYLE E. STROM, Senior Judge
United States District Court

## ACKNOWLEDGMENT OF RECEIPT

I hereby acknowledge receipt of a copy of this judgment this _____ day of _____, 20__.

                                                      _____
                                                      Signature of Defendant

## RETURN

It is hereby acknowledged that the defendant was delivered on the _____ day of _____, 20__ to _____, with a certified copy of this judgment.

                                                      UNITED STATES WARDEN

                                             By: _____

**NOTE: The following certificate must also be completed if the defendant has not signed the Acknowledgment of receipt, above.**

## CERTIFICATE

It is hereby certified that a copy of this judgment was served upon the defendant this _____ day of _____, 20___.

                                                      UNITED STATES WARDEN

                                             By: _____